FILED

09 MAY -7 PM 2: 31

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _ECL_                   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EVA QUISENBERRY,

                                    Plaintiff,

        vs.

COMPASS VISION, INC.; QUEST
DIAGNOSTICS, INC. dba NORTHWEST
TOXICOLOGY,

                                    Defendants.

CASE NO. **07-cv-01135-BEN-AJB**

**ORDER GRANTING LEAVE TO FILE
A THIRD PARTY COMPLAINT**

## ORDER

Pursuant to the stipulation and good cause appearing, the Court **GRANTS** the Joint

Motion for Leave to File a Third Party Complaint. Compass has 11 days from the date this order

is filed to file the Third Party Complaint against Maximus, Inc.

**IT IS SO ORDERED.**

Dated: 5/07/09

_____
Honorable Roger T. Benitez
United States District Judge

-1-